IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD E. ZALDIVAR, P.A.,
Former Counsel for Employee
Claimant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Appellant,

CASE NO. 1D15-1529

v.

DYKE INDUSTRIES, INC.,
LIBERTY MUTUAL, and
ALAIN DEBESA,

        Appellees.

_____/

Opinion filed October 13, 2016.

An appeal from an order of the Judge of Compensation Claims.
Charles M. Hill, III, Judge.

Date of Accident: January 13, 2014.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, and Albert Marroquin of Richard E. Zaldivar, P.A., Miami, for Appellant.

Edward C. Duncan, III, of the Law Offices of Amy L. Warpinski, Fort Myers, for Appellees.


PER CURIAM.

        The court having received the September 6, 2016, order of the Supreme Court

of Florida quashing this court's opinion of July 8, 2015, and remanding the matter

for reconsideration upon application of <u>Castellanos v. Next Door Co.</u>, 192 So. 3d 431 (Fla. 2016), and finding that reversal is warranted in light of that opinion, the order of the Judge of Compensation Claims is REVERSED, and this case is REMANDED for proceedings consistent with that opinion.

REVERSED and REMANDED.

B.L. THOMAS, KELSEY, and JAY, JJ., CONCUR.